CHAFFIN ET AL. *v.* CALIFORNIA.

No. 549. Decided February 24, 1959.

*Morris Lavine* for appellants.

*Aaron W. Reese* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

ANDERSON *v.* CORPORATION COMMISSION OF OKLAHOMA ET AL.

No. 576. Decided February 24, 1959.

*Luther Bohanon* and *Leon S. Hirsh* for appellant.

*Ferrill Rogers, T. Murray Robinson* and *C. E. Barnes* for appellees.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question.